UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAYMOND GARCIA, as a member, and on behalf of CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU 1107, a non-profit cooperative corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as trustee; MARY K. HENRY, in her official capacity as Union President; EXECUTIVE BOARD OF THE NEVADA SERVICE EMPLOYEES UNION, in official capacity; STEVE URY, individually; DOES; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01340-APG-NJK<br><br>**ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION** |

The plaintiff has filed motion for preliminary injunction, and seeks to have it decided on an expedited basis. ECF No. 11. I hereby order the following briefing schedule:

The defendants shall file their opposition, if any, to the motion for preliminary injunction on or before 5:00 p.m. PDT on Tuesday, May 30, 2017. The plaintiff may file a reply in support of the motion on or before 5:00 p.m. PDT on Friday, June 2, 2017.

I will conduct a hearing on the motion for preliminary injunction in Las Vegas Courtroom 6C on Wednesday, June 7, 2017 at 9:00 a.m.

Dated: May 24, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE