# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAYMOND GARCIA, *et al.*, | Case No. 2:17-cv-01340-APG-NJK |
| Plaintiffs, | **ORDER DENYING REQUEST TO CONSIDER MOTION FOR RECONSIDERATION ON AN EMERGENCY BASIS** |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as trustee; MARY K. HENRY, in her official capacity as Union President; EXECUTIVE BOARD OF THE NEVADA SERVICE EMPLOYEES UNION, in official capacity; STEVE URY, individually; DOES; and ROE CORPORATIONS 1-20, inclusive, | (ECF No. 32) |
| Defendants. | |

The plaintiffs have filed an emergency motion for reconsideration of my order denying the motion to remand this case to state court. ECF No. 32. The plaintiffs have not identified an emergency that justifies expedited treatment. Moreover, the plaintiffs have not complied with Local Rule 7-4 regarding emergency motions because they have not accompanied the motion with a declaration containing the information required by Local Rule 7-4(a).

IT IS THEREFORE ORDERED that I will not address the plaintiffs' motion for reconsideration on an emergency basis. The motion will be briefed and resolved in the ordinary course.

Dated: June 16, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE