# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAYMOND GARCIA, as a member, and on behalf of CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU 1107, a non-profit cooperative corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as trustee; MARY K. HENRY, in her official capacity as Union President; EXECUTIVE BOARD OF THE NEVADA SERVICE EMPLOYEES UNION, in official capacity; STEVE URY, individually; DOES; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01340-APG-NJK<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>(ECF No. 25) |

In light of the amended complaint (ECF No. 29),

IT IS ORDERED that the defendants' motion to dismiss **(ECF No. 25) is DENIED as moot** because it was aimed at the original complaint.

Dated: June 19, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE