# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RAYMOND GARCIA, et al.,

              Plaintiff(s),

v.

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

              Defendant(s).

Case No. 2:17-cv-01340-APG-NJK

ORDER

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than July 28, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: July 21, 2017

                                                                            _____
                                                                             NANCY J. KOPPE
                                                                               United States Magistrate Judge