UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND GARCIA, et al., | Case No. 2:17-cv-01340-APG-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| SERVICE EMPLOYEES INTERNATIONAL UNION, et al., | |
| Defendant(s). | |

Pending before the Court is the parties' discovery plan. Docket No. 51. In that discovery plan, the parties seek an early neutral evaluation. *Id.* at 5. It does not appear that this case qualifies for the Early Neutral Evaluation program. *See* Local Rule 16-6(a) (indicating that the Early Neutral Evaluation program applies to employment-discrimination actions). To the extent the parties wish at this time to pursue alternative dispute resolution with a private mediator, they are welcome to do so. To the extent the parties wish at this time for the Court to set a settlement conference, they must file a request so stating.[1]

IT IS SO ORDERED.

DATED: July 31, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court expresses no opinion herein as to such a request.