UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHERIE MANCINI, individually, and FREDERICK GUSTAFSON, as a member and on behalf of CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU 1107, a non-profit cooperative corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVICES EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as trustee; MARY HENRY, in her official capacity as International President; DOES; and ROE CORPORATIONS 1-30, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02137-MMD-VCF<br><br><br><br><br><br><br><br><br><br><br><br><br><br>*and related case*<br><br>Case No. 2:17-cv-01340-APG-NJK<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge pursuant to Local Rule 42-1(b). Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that Case No. 2:17-cv-02137-MMD-VCF is reassigned to District Judge Andrew P. Gordon and Magistrate Judge Nancy J. Koppe, and all future pleadings must bear case number 2:17-cv-02137-APG-NJK.

DATED THIS 6th day of October 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE