# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAYMOND GARCIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,<br><br>    Defendants. | Case No. 2:17-cv-01340-APG-NJK<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE**<br><br>(ECF No. 69) |
| CHERIE MANCINI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,<br><br>    Defendants. | Case No. 2:17-cv-02137-APG-NJK |

The defendants move to consolidate these cases. The plaintiffs do not oppose except on two limited grounds: (1) there is no case to consolidate if the *Garcia* action is remanded to state court, and (2) consolidation should not occur before a hearing is held on emergency motions pending in *Mancini, et al. v. Service Employees International Union, et al.*, 2:17-cv-02137-APG-NJK. I have ruled that *Garcia* was properly removed. Additionally, I held a hearing and ruled on the emergency motions in *Mancini*. *Mancini, et al. v. Service Employees International Union, et al.*, 2:17-cv-02137-APG-NJK, ECF No. 27. The plaintiffs' objections to consolidation having been resolved, I grant the motion to consolidate.

IT IS THEREFORE ORDERED that the defendants' motion to consolidate **(ECF No. 69)** is GRANTED.

Dated: October 25, 2017

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE