# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAYMOND GARCIA, as a member, and on behalf of CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION; CLARK COUNTY PUBLIC EMPLOYEES ASSOCIATION dba NEVADA SERVICE EMPLOYEES UNION aka SEIU 1107, a non-profit cooperative corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, a nonprofit cooperative corporation; LUISA BLUE, in her official capacity as trustee; MARY K. HENRY, in her official capacity as Union President; EXECUTIVE BOARD OF THE NEVADA SERVICE EMPLOYEES UNION, in official capacity; STEVE URY, individually; DOES; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01340-APG-NJK<br>Consolidated with: 2:17-cv-02137-APG-NJK<br><br>**ORDER REGARDING STIPULATION AND MOTIONS TO AMEND**<br><br>(ECF Nos. 60, 66, 94 in 2:17-cv-01340-APG-NJK and ECF No. 24 in 2:17-cv-02137-APG-NJK) |

Prior to these two cases being consolidated, the plaintiffs filed motions to amend in each of the separate cases. Following consolidation, the plaintiffs again move to amend. The parties filed a stipulation to extend the defendants' time to respond to this latest motion pending a ruling from me as to whether the latest motion to amend renders the prior motions moot.

The plaintiffs' motion to amend following consolidation renders its prior motions to amend moot. I therefore deny those motions, along with a related motion for leave to file a sur-reply. I grant the parties' stipulation to extend the defendants' deadline to respond to the motion to amend to 14 days from the date of this order.

IT IS THEREFORE ORDERED that the plaintiffs' motions to amend **(ECF No. 60 in 2:17-cv-01340-APG-NJK and ECF No. 24 in 2:17-cv-02137-APG-NJK)** and the defendants' motion for leave to file a sur-reply **(ECF No. 66) are DENIED as moot**.

IT IS FURTHER ORDERED that the parties' stipulation **(ECF No. 94) is GRANTED** in that the defendants' response to the plaintiffs' motion to amend (ECF No. 92) is due 14 days from the date of this order.

Dated: December 1, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE