# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAYMOND GARCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SERVICE EMPLOYEES INTERNATIONAL UNION, et al., <br><br> Defendants. | Case No. 2:17-cv-01340-APG-NJK <br><br> **ORDER GRANTING MOTION TO REMOVE LOCAL 1107 AS PLAINTIFF** <br><br> (ECF No. 105) |

The parties agree that Local 1107 should not be separately listed as a plaintiff in this action, with the understanding that some of the individual plaintiffs may bring claims on the Local's behalf.

IT IS THEREFORE ORDERED that the defendants' motion to remove Local 1107 as a plaintiff **(ECF No. 105) is GRANTED**.

DATED this 9th day of January, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE