MICHAEL J. MCAVOYAMAYA, ESQ.
Nevada Bar No.: 14082
4539 Paseo Del Ray
Las Vegas, Nevada 89121
Telephone: (702) 299-5083
Mmcavoyamayalaw@gmail.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND GARCIA., *et al*, <br><br> Plaintiffs, <br> vs. <br><br> SERVICE EMPLOYEES INTERNATIONAL UNION, *et al*, <br><br> Defendants. | CASE NO. 2:17-cv-01340-APG-NJK <br><br> **[1] STIPULATION AND MOTION TO EXTEND DISCOVERY DEADLINES;** <br><br> **(First Request)** <br><br> **[2] ORDER THEREON** |
| CHERIE MANCINI, *et al*., <br><br> Plaintiffs, <br> vs. <br><br> SERVICE EMPLOYEES INTERNATIONAL UNION, *et al*., <br><br> Defendants. | CASE NO. 2:17-cv-02137-APG-NJK |

The parties, by and through their undersigned counsel, hereby stipulate as follows and request this Court to extend discovery deadlines pursuant to Local Rule 26-4.

Dated the 23rd day of January, 2018.

/s/ Michael J. Mcavoyamaya

MICHAEL MCAVOYAMAYA, ESQ.
Nevada Bar No.: 14082
4539 Paseo Del Ray
Las Vegas, Nevada 89121
Telephone: (702) 299-5083
Mmcavoyamayalaw@gmail.com
*Attorney for Plaintiffs*

All parties, through their undersigned counsel, hereby stipulate as follows:

I. **STATEMENT OF DISCOVERY COMPLETED**

Discovery began in this matter on July 31, 2017. The parties have completed the following discovery to date:

1. Plaintiffs served Initial Disclosures and Supplemental Disclosures in the *Garcia* and *Mancini* actions;
2. Defendants served Initial Disclosures and Supplemental Disclosures in the *Garcia* and *Mancini* actions;
3. Defendants served their First Set of Requests for Production of Documents in the *Garcia* and *Mancini* actions;
4. Defendants served their First Set of Interrogatories in the *Garcia* action;
5. Plaintiffs served their Responses to Defendants' First Set of Requests for Production of Documents in the *Garcia* action;
6. Plaintiffs served their Responses to Defendants' First Set of Interrogatories in the *Garcia* action;
7. Defendants have completed three depositions in the *Garcia* action;
8. Plaintiffs served their First Set of Requests for Production of Documents on Defendants in the consolidated action; and
9. Defendants served their Responses to Plaintiffs First Set of Requests for Production of Documents in the consolidated action.

II. **STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED**

The following discovery remains to be completed:

1. Plaintiffs intend to respond to Defendants' First Set of Requests for Production of Documents in the *Mancini* action by the due date;
2. Defendants intend to take several depositions in the *Mancini* action;
3. Plaintiffs intend to take several depositions in both the *Garcia* and *Mancini* action; and
4. Plaintiffs intend to serve additional written discovery.

## III. REASONS WHY DISCOVERY WILL NOT BE COMPLETED BY CURRENT DISCOVERY CUTOFF

The parties believe that they cannot complete discovery by the current discovery cutoff of February 20, 2018, for the following reasons:

1. On or about October 24, 2017, Plaintiffs served their First Set of Requests for Production of Documents. Because of the large volume of records encompassed by the requests, Defendants asked, and Plaintiffs agreed, to extend the response deadline until January 16, 2018.

2. Defendants completed their initial review of responsive documents and served their Response to Plaintiffs' First Set of Requests for Production of Documents on January 16, 2018, along with a privilege log related to documents withheld on the basis of attorney-client privilege.

3. In the same response, Defendants informed Plaintiffs that they were withholding certain documents alleged to be protected from disclosure by Federal Rule of Civil Procedure 26(c), and that they would request a corresponding protective order.

4. Last, Defendants informed Plaintiffs that, as a result of volume of e-mail communications potentially encompassed by Plaintiffs' First Set of Requests for Production of Documents, Defendants have not completed their review of potentially responsive email communications. At present, Defendants estimate that it will take an additional four to six weeks to complete their review of such e-mail communications.

5. On January 16 and 17, 2018, Plaintiffs informed Defendants that they intend to move to compel documents identified on Defendants' privilege log, and that they will oppose Defendants' request for a protective order.

6. For the foregoing reasons, the parties cannot complete discovery by the current discovery cutoff of February 20, 2018. Until the parties resolve their disputes over documents withheld by Defendants on the basis of attorney-client privilege and the necessity of a protective order, and until Defendants complete their review of

potentially responsive e-mail communications and finish their production of documents to Plaintiffs, Plaintiffs cannot review those documents and prepare additional discovery requests, notice depositions in this matter, and otherwise reasonably prepare this case for trial. Because the discovery cutoff deadline is fast approaching, and the discovery disputes between the parties have yet to be briefed and heard by this Court, an extension of all discovery deadlines in this matter is supported by good cause.

7. Moreover, currently pending before the Court is Plaintiffs' motion for leave to file a second amended complaint (ECF No. 92), which Defendants have opposed. Resolution of that motion will potentially require additional discovery in this case.

8. This is the first request for an extension of discovery deadlines in this case.

## IV. PROPOSED SCHEDULE FOR COMPLETING REMAINIGN DISCOVERY

The parties submit the following proposed discovery schedule:

### CURRENT DISCOVERY SCHEDULE

1. Amend pleadings/add parties: November 22, 2017 (completed)
2. Initial Experts: December 22, 2017 (completed)
3. Rebuttal Expert Disclosures: January 20, 2018
4. Discovery Cutoff: February 20, 2018
5. Dispositive Motions: March 21, 2018
6. Joint Proposed Pretrial Order: April 20, 2018

//
//
//
//
//
//
//
//

## **PROPOSED DISCOVERY SCHEDULE**

1. Amend pleadings/add parties:  November 22, 2017 (completed)
2. Initial Experts:  December 22, 2017 (completed)
3. Rebuttal Expert Disclosures:  January 20, 2018 (COMPLETED)
4. Discovery Cutoff:  June 21, 2018
5. Dispositive Motions:  July 23, 2018
6. Joint Proposed Pretrial Order:  August 23, 2018

Dated: January 23, 2018  By  /s/ Glenn Rothner, Esq.
Glenn Rothner, for Defendants
in both captioned cases

Dated: January 23, 2018  By  /s/ Michael Mcavoyamaya, Esq.
Michael Mcavoyamaya, for Plaintiffs
in both captioned cases

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: January 24, 2018