# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAYMOND GARCIA, et al.,

    Plaintiff(s),

v.

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

    Defendant(s).

Case No.: 2:17-cv-01340-APG-NJK

**Order**

Plaintiffs filed hundreds of pages of documents under seal, at Docket No. 125-1 through 125-23. Plaintiffs did not file a motion to seal or otherwise comply with the Court's order at Docket No. 121. Accordingly, the Court hereby **STRIKES** the exhibits at Docket No. 125-1 through 125-23.[1]

IT IS SO ORDERED.

Dated: June 27, 2018

Nancy J. Koppe
United States Magistrate Judge

---

[1] The motion at Docket No. 125 was not filed under seal and shall remain available to the public.

1