1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

11 RAYMOND GARCIA, et al.,

Plaintiff(s),

12 v.

13

14 SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

15 Defendant(s).

Case No.: 2:17-cv-01340-APG-NJK

**Order**

[Docket No. 142]

16      Pending before the Court is Defendants' motion for protective order. Docket No. 142.

17 Any response shall be filed by August 7, 2018, and any reply shall be filed by August 9, 2018.

18      IT IS SO ORDERED.

19      Dated: August 2, 2018

20 _____

21 Nancy J. Koppe
United States Magistrate Judge

22

23

24

25

26

27

28

1