UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAYMOND GARCIA, et al.,

    Plaintiff(s),

v.

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

    Defendant(s).

Case No.: 2:17-cv-01340-APG-NJK

**Order**

[Docket No. 159]

Pending before the Court is Defendants' motion for protective order related to the depositions of Steven Ury, Carol Nieters, and April Verrett set for next week. Docket No. 159. As the motion relates to three separate depositions, this request is properly treated as three separate motions. *Cf.* Local Rule IC 2-2(b). The Clerk's Office is **INSTRUCTED** to re-docket the motion three times, one for each of the above deponents. The Court hereby **VACATES** the depositions pending resolution of the motions for protective order.[1] Responses to the motions shall be filed by September 11, 2018, and any replies to the motions shall be filed by September 13, 2018.

IT IS SO ORDERED.

Dated: September 6, 2018

                                                            Nancy J. Koppe
                                                            United States Magistrate Judge

---

[1] In the event the Court denies any of the motions and the discovery cutoff has expired, the Court will provide a reasonable time to complete the deposition(s). The Court expresses no opinion herein, however, as to the merits of the motions.

1