UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAYMOND GARCIA, et al.,

    Plaintiff(s),

v.

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

    Defendant(s).

Case No.: 2:17-cv-01340-APG-NJK

**Order**

[Docket Nos. 135, 136, 148]

Pending before the Court are three motions to seal related to discovery motion practice. Docket Nos. 135, 136, 148. The Court previously ruled on those motions in part, and deferred ruling in part subject to Defendants' filing of a supplement. Docket No. 164. Defendants have since filed that supplement, and now seek the ability to redact rather than to seal entire exhibits. Docket No. 174. The following exhibits remain sealed: Docket Nos. 134-17, 135-3, 135-4, 135-5, 135-6, 149. Redacted versions were publicly filed as attachments to Docket No. 174.

The Court may maintain the secrecy of judicial filings made in conjunction with non-dispositive motions upon a particularized showing of good cause. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). The redactions currently being proposed relate to confidential information, the revelation of which could put Defendants at a disadvantage in pursuing their mission moving forward. For example, the redactions pertain to union strategy as to organizing, bargaining, and politics the revelation of which could hinder the union's ability to represent its members effectively.

For good cause shown, the motions to seal are hereby **GRANTED** as amended to cover the proposed redactions. The Clerk's Office shall maintain under seal the unredacted versions of the documents at Docket Nos. 134-17, 135-3, 135-4, 135-5, 135-6, 149.

IT IS SO ORDERED.

Dated: September 18, 2018

_____
Nancy J. Koppe
United States Magistrate Judge