**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND GARCIA, et al., | Case No.: 2:17-cv-01340-APG-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend the discovery cutoff and subsequent deadlines. Docket No. 187. Any response shall be filed by October 4, 2018, and any reply shall be filed by October 5, 2018.

IT IS SO ORDERED.

Dated: October 3, 2018

_____
Nancy J. Koppe
United States Magistrate Judge