# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND GARCIA, et al., | Case No.: 2:17-cv-01340-APG-NJK |
| Plaintiffs | **Order Denying Motion for Preliminary Injunction, Setting Response Date, and Setting Hearing Regarding Trial** |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, et al., | [ECF No. 240] |
| Defendants | |

The plaintiffs move for an order enjoining the defendants from holding an election pending the plaintiffs' appeal of my order denying the plaintiffs' motion for an injunction to end the trusteeship. I deny that request at this time.

Alternatively, the plaintiffs request an expedited trial on the merits before the defendants hold elections in March 2019. I will order expedited briefing and a hearing on that request only.

IT IS THEREFORE ORDERED that the plaintiffs' motion for preliminary injunction **(ECF No. 240) is DENIED**.

IT IS FURTHER ORDERED that by 5:00 p.m. on January 3, 2019, the defendants shall file a response to the plaintiffs' request to expedite trial.

IT IS FURTHER ORDERED that the plaintiffs' request to expedite trial is **set for hearing on January 7, 2019 at 3:30 p.m. in Las Vegas courtroom 6C**. The parties shall consult with their trial witnesses regarding their availability, bring their calendars to the hearing, and be prepared to discuss scheduling of dispositive motions and trial.

DATED this 19th day of December, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE