UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAYMOND GARCIA, et al.,
    Plaintiff(s),

v.

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,
    Defendant(s).

Case No.: 2:17-cv-01340-APG-NJK

**Order**

[Docket No. 197]

Pending before the Court is Plaintiffs' motion to seal. Docket No. 197. The Court may allow the sealing of materials filed in relation to non-dispositive motion practice upon a particularized showing of good cause. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

The motion seeks to seal internal financial information, the exposure of which could provide employers with an unfair advantage over Local 1107. *See* Docket No. 197 at 3, Docket No. 198. Good cause exists to seal that document.

The motion also seeks to allow redaction to various communications to obscure the identity of certain non-party union employees. Docket No. 197 at 6; Docket No. 198-1. Plaintiffs contend that there is a risk of retaliation against these employees if their names are revealed. Docket No. 197 at 6. Good cause exists to redact this document, but the Court notes that counsel did not redact the <u>initials</u> of these employees' names that appear immediately next to the text messages at issue.

*See* Docket No. 198-1 at 3-5.  As such, counsel shall file this exhibit with redactions to the employees' names <u>and initials</u> by January 23, 2019.[1]

For the reasons discussed above, the motion to seal is **GRANTED**.

IT IS SO ORDERED.

Dated: January 17, 2019

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge

---

[1] As there appears to be no reason for secrecy as to these communications beyond the names and initials of employees, the exhibit shall be refiled on the public docket with the redactions allowed herein.