# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RAYMOND GARCIA, et al.,

    Plaintiff(s),

v.

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

    Defendant(s).

Case No.: 2:17-cv-01340-APG-NJK

**Order**

[Docket No. 203]

Pending before the Court is Plaintiffs' motion to seal. Docket No. 203. It does not appear that a response has been filed. No later than January 30, 2019, Defendants shall file a response. Any reply shall be filed no later than February 6, 2019.

IT IS SO ORDERED.

Dated: January 17, 2019

_____
Nancy J. Koppe
United States Magistrate Judge