# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RAYMOND GARCIA, et al.,

     Plaintiff(s),

v.

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

     Defendant(s).

Case No.: 2:17-cv-01340-APG-NJK

**Order**

[Docket No. 222]

Pending before the Court is Plaintiffs' motion to compel. Docket No. 222. Defendants filed a response in opposition, and Plaintiffs filed a reply. Docket Nos. 236, 244. The instant dispute focuses on the appropriateness of Defendants' attorney-client privilege invocation for communications that were not made to counsel or for communications that were copied to counsel. The Court hereby **ORDERS** Defendants to submit each of the subject documents to the Court for an *in camera* review. The documents shall be delivered to the undersigned's box in the Clerk's Office by January 23, 2019.

IT IS SO ORDERED.

Dated: January 17, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1