# UNITED STATES DISTRICT COURT

| | |
|---|---|
| RAYMOND GARCIA, et al., | Case No. 2:17-cv-01340-APG-NJK |
| Plaintiffs, | **ORDER DISMISSING SOME PLAINTIFFS** |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, et al., | |
| Defendants. | |
| CHERIE MANCINI, et al., | Case No. 2:17-cv-02137-APG-NJK |
| Plaintiffs, | |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, et al., | |
| Defendants. | |

During the January 7, 2019 hearing, counsel for the plaintiffs orally moved to dismiss Ray Liepins, Miles Rodela and Karla Nolan as plaintiffs in the *Garcia* case. The defendants do not oppose dismissal of those plaintiffs. ECF No. 259.

IT IS THEREFORE ORDERED that Ray Liepins, Miles Rodela and Karla Nolan are dismissed as plaintiffs in the *Garcia* action, Case No. 2:17-cv-01340-APG-NJK.

DATED this 22nd day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE