# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND GARCIA, et al.,<br>    Plaintiff(s),<br>v.<br>SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,<br>    Defendant(s). | Case No.: 2:17-cv-01340-APG-NJK<br><br>**Order**<br><br>[Docket No. 260] |

Pending before the Court is Defendants' motion to extend certain deadlines. Docket No. 260. Any response shall be filed by noon on January 24, 2019.

IT IS SO ORDERED.

Dated: January 23, 2019

                                            _____
                                            Nancy J. Koppe
                                            United States Magistrate Judge