**ROTHNER, SEGALL & GREENSTONE**
GLENN ROTHNER (*pro hac vice*)
JONATHAN COHEN (NSB 10551)
ELI NADURIS-WEISSMAN (*pro hac vice*)
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Facsimile: (626) 577-0124
Email: grothner@rsglabor.com, jcohen@rsglabor.com;
 enaduris-weissman@rsglabor.com

**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
KEVIN B. ARCHIBALD, ESQ. (13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, kba@cjmlv.com

*Attorneys for Defendants Service Employees*
 *International Union; Luisa Blue; Mary Kay Henry;*
 *and Nevada Service Employees Union*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND GARCIA, *et al*,<br><br>  Plaintiffs,<br>vs.<br><br>SERVICE EMPLOYEES<br>INTERNATIONAL UNION, *et al*,<br><br>  Defendants. | CASE NO. 2:17-cv-01340-APG-NJK<br><br>**[1] MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE TWO RESPONSES TO PLAINTIFFS' MOTIONS TO SEAL [AS ORDERED IN ECF NO. 253 and 258]**<br><br>**(First Request)** |
| CHERIE MANCINI, *et al*.,<br><br>  Plaintiffs,<br>vs.<br><br>SERVICE EMPLOYEES<br>INTERNATIONAL UNION, *et al*.,<br><br>  Defendants. | **[2] ORDER THEREON**<br><br>CASE NO. 2:17-cv-02137-APG-NJK |

# MOTION TO EXTEND TIME

1. Pursuant to two recently-issued orders of this Court, Defendants are ordered to file by January 30, 2019: (1) a response to Plaintiffs' motion to seal, Docket No. 203 [*see* ECF No. 253] and (2) an omnibus motion to seal twenty-seven documents that were the subject of three other prior motions to seal filed by Plaintiffs, Docket Nos. 216, 224, and 227 [*see* ECF No. 258]. For the reasons below, Defendants request that the due date for both filings be extended by 9 days, to February 8, 2019. This is the first extension request regarding the two responses, and Defendants do not anticipate making any further such requests.

2. January 30, 2019 is the dispositive motion cut-off in this case. As Defendants have previously apprised the Court [*see* ECF No. 247 at 4, and minutes of January 7, 2019 hearing], Defendants intend to file two separate motions for summary judgment by that date, addressing each of the operative complaints in this consolidated lawsuit. *Garcia, et al. v. Serv. Employees Int'l Union, et al.*, U.S.D.C. Case No. 2:17-CV-01340-APG-NJK; *Mancini, et al. v. Serv. Employees Int'l Union, et al.*, U.S.D.C. Case No. 2:17-cv-02137-APG-NJK. Defendants are busily at work to prepare these extensive motions.

3. In addition to the two summary judgment motions, Defendants are also busily preparing an answering brief due to the Ninth Circuit on or before February 5, 2019. This brief is in response to Plaintiffs' appeal of the Court's December 11, 2018 order denying their fourth motion for preliminary injunction. ECF No. 232. Defendants also anticipate that, pursuant to this Court's January 15, 2019 order, Docket No. 249, they may have to file a reply to any opposition Plaintiffs' file to the supplement Defendants previously filed regarding sealing a number of documents (ECF No. 174) by January 29, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     4. Defendants asked Plaintiffs for their position regarding this extension request by

2 e-mail on January 18, 2019 at 10:34 a.m., but as of this filing have not received any response

3 from Plaintiffs.

DATED: January 22, 2019      ROTHNER, SEGALL & GREENSTONE
GLENN ROTHNER (*pro hac vice*)
JONATHAN COHEN
ELI NADURIS-WEISSMAN (*pro hac vice*)

CHRISTENSEN JAMES & MARTIN
EVAN L. JAMES

By    /s/ Eli Naduris-Weissman
         Eli Naduris-Weissman (*pro hac vice*)
510 South Marengo Avenue
Pasadena, CA 91101
Tel.: (626) 769-7555; Fax: (626) 577-0124
*Attorneys for Defendants*
*Service Employees International Union; Luisa Blue;*
*Mary Kay Henry; and Nevada Service Employees Union*

**ORDER**

No response having been filed, *see* Docket No. 262, and for good cause shown, this motion to extend is **GRANTED**.

IT IS SO ORDERED:

_____
HONORABLE NANCY J. KOPPE,
UNITED STATES MAGISTRATE JUDGE

DATED: January 24, 2019

-2-