# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND GARCIA, et al.,<br>　　Plaintiff(s),<br>v.<br>SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,<br>　　Defendant(s). | Case No.: 2:17-cv-01340-APG-NJK<br><br>**Order** |

On January 17, 2019, the Court ordered Plaintiffs' counsel to pay $9,112.50 in attorneys' fees by February 14, 2019. Docket No. 251. Plaintiffs' counsel has now filed a motion to reconsider that order. Docket No. 264. The Court hereby **VACATES** the deadline to pay the ordered attorneys' fees pending resolution of the motion to reconsider. The motion to reconsider will be briefed and decided in the ordinary course.[1]

IT IS SO ORDERED.

Dated: January 28, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court expresses no opinion herein as to the merits of the motion to reconsider.

1