# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND GARCIA, et al., <br>     Plaintiff(s), <br> v. <br> SERVICE EMPLOYEES INTERNATIONAL UNION, et al., <br>     Defendant(s). | Case No.: 2:17-cv-01340-APG-NJK <br><br> **Order** <br><br> [Docket Nos. 300, 303] |

Pending before the Court are two motions to strike. Docket Nos. 300, 303. Any response shall be filed by April 22, 2019, and any reply shall be filed by April 24, 2019.

IT IS SO ORDERED.

Dated: April 18, 2019

                                                            Nancy J. Koppe <br>
                                                            United States Magistrate Judge

1