# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND GARCIA, et al.,<br>    Plaintiff(s),<br>v.<br>SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,<br>    Defendant(s). | Case No.: 2:17-cv-01340-APG-NJK<br><br>**Order**<br><br>[Docket Nos. 285, 300, 303] |

Pending before the Court are Defendants' motions to strike the filing of deposition transcripts. Docket Nos. 285, 300, 303. The requests to strike are premised on Rule 12(f) of the Federal Rules of Civil Procedure. Although not raised by the parties, the Court is mindful that this rule applies to striking material from "a pleading." Fed. R. Civ. P. 12(f). As deposition transcripts are not pleadings, Defendants have "fallen victim to one of the classic blunders: attempting to extend Rule 12(f)'s striking power beyond pleadings." *United Nat'l Ins. Co. v. Assurance Co. of Am.*, 2014 WL 4960915, at *1 (D. Nev. June 4, 2014). Accordingly, the motions to strike are **DENIED** without prejudice.[1]

//

//

---

[1] The Court expresses no opinion herein on the issues being disputed in those motions. The Court also expresses no opinion herein on the other requests made through these motions, as those requests are not properly before the Court. *See* Local Rule IC 2-2(b); *see also* Docket No. 254 at 1 ("Counsel shall ensure that future filings comply with this rule").

1

To the extent Defendants seek relief with respect to the filings at issue, they must file proper motions identifying appropriate legal authority on which relief may be granted and motions that otherwise comply with the local rules. Any such motions must be filed by May 6, 2019.

IT IS SO ORDERED.

Dated: April 30, 2019

                                                                         Nancy J. Koppe
                                                                         United States Magistrate Judge