# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RAYMOND GARCIA, et al.,

    Plaintiff(s),

v.

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

    Defendant(s).

Case No.: 2:17-cv-01340-APG-NJK

**Order**

[Docket No. 310]

Pending before the Court is Defendants' motion to strike. Docket No. 310. Any response must be filed by May 13, 2019, and any reply must be filed by May 15, 2019.

IT IS SO ORDERED.

Dated: May 7, 2019

Nancy J. Koppe
United States Magistrate Judge