UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAYMOND GARCIA, et al.,

    Plaintiff(s),

v.

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

    Defendant(s).

Case No.: 2:17-cv-01340-APG-NJK

**Order**

[Docket No. 267]

Pending before the Court is Plaintiffs' motion to seal. Docket No. 267. No response was filed. The Court may allow these redactions upon a particularized showing of good cause. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). The information at issue was the subject of a prior order. *See* Docket No. 267 at 3; *see also* Docket No. 252. For the reasons previously provided, *see* Docket No. 252, good cause exists for these redactions. Accordingly, the motion is **GRANTED**. The Court notes that counsel did not redact all instances of the employee names and initials. As such, counsel shall file this exhibit with redactions to the names and initials by May 31, 2019. As there appears to be no reason for secrecy as to these communications beyond the employee names and initials, the exhibit shall be refiled on the public docket with the redactions allowed herein.

    IT IS SO ORDERED.

    Dated: May 23, 2019

                                                    Nancy J. Koppe
United States Magistrate Judge