**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

MAY 18 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAYMOND GARCIA, as a member, and on behalf of Clark County Public Employees Association,<br><br>        Plaintiff-Appellee,<br><br>and<br><br>CHERIE MANCINI; FREDERICK GUSTAFSON,<br><br>        Plaintiffs,<br><br> v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION; et al.,<br><br>        Defendants-Appellants. | No.   19-16863<br><br>D.C. Nos.<br>2:17-cv-01340-APG-NJK<br>2:17-cv-02137-APG-NJK<br>District of Nevada,<br>Las Vegas<br><br>ORDER |
| RAYMOND GARCIA, as a member, and on behalf of Clark County Public Employees Association,<br><br>        Plaintiff-Appellant,<br><br>and<br><br>CHERIE MANCINI; FREDERICK GUSTAFSON,<br><br>        Plaintiffs,<br><br> v. | No.   19-16933<br><br>D.C. Nos.<br>2:17-cv-01340-APG-NJK<br>2:17-cv-02137-APG-NJK<br>District of Nevada,<br>Las Vegas |

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION; et al., Defendants-Appellees. | |
| CHERIE MANCINI, Plaintiff-Appellant, and RAYMOND GARCIA, as a member, and on behalf of Clark County Public Employees Association; FREDERICK GUSTAFSON, Plaintiffs, v. SERVICE EMPLOYEES INTERNATIONAL UNION; et al., Defendants-Appellees. | No. 19-16934 D.C. Nos. 2:17-cv-01340-APG-NJK 2:17-cv-02137-APG-NJK |

Before: McKEOWN and NGUYEN, Circuit Judges, and VITALIANO,[*] District Judge.

Judge McKeown and Judge Nguyen voted to deny the petition for rehearing en banc, and Judge Vitaliano so recommended. The petition was circulated to the judges of the court, and no judge requested a vote for en banc consideration. The petition for rehearing en banc is DENIED.

---

[*] The Honorable Eric N. Vitaliano, United States District Judge for the Eastern District of New York, sitting by designation.

2