UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAYMOND GARCIA, as a member, and on behalf of Clark County Public Employees Association, <br><br> Plaintiff - Appellee, <br><br> and <br><br> CHERIE MANCINI and FREDERICK GUSTAFSON, <br><br> Plaintiffs, <br><br> v. <br><br> SERVICE EMPLOYEES INTERNATIONAL UNION; et al., <br><br> Defendants - Appellants. | No. 19-16863 <br><br> D.C. Nos. 2:17-cv-01340-APG-NJK, 2:17-cv-02137-APG-NJK <br><br> U.S. District Court for Nevada, Las Vegas <br><br> **MANDATE** |
| RAYMOND GARCIA, as a member, and on behalf of Clark County Public Employees Association, <br><br> Plaintiff - Appellant, <br><br> and <br><br> CHERIE MANCINI and FREDERICK GUSTAFSON, | No. 19-16933 <br><br> D.C. Nos. 2:17-cv-01340-APG-NJK, 2:17-cv-02137-APG-NJK <br><br> U.S. District Court for Nevada, Las Vegas |

Plaintiffs,

v.

SERVICE EMPLOYEES INTERNATIONAL UNION; et al.,

Defendants - Appellees.

---

CHERIE MANCINI,

Plaintiff - Appellant,

and

RAYMOND GARCIA, as a member, and on behalf of Clark County Public Employees Association and FREDERICK GUSTAFSON,

Plaintiffs,

v.

SERVICE EMPLOYEES INTERNATIONAL UNION; et al.,

Defendants - Appellees.

No. 19-16934

D.C. Nos. 2:17-cv-01340-APG-NJK, 2:17-cv-02137-APG-NJK

U.S. District Court for Nevada, Las Vegas

The judgment of this Court, entered April 05, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7