UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND GARCIA, as a member, and on behalf of Clark County Public Employees Association,<br><br>　　　　　　Plaintiff-Appellee,<br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION; et al.,<br><br>　　　　　　Defendants-Appellants. | District No.　2:17-cv-01340-APG-NJK, 2:17-cv-02137-APG-NJK<br><br>U.S.C.A. No.　19-16863 and 19-16933 |
| CHERIE MANCINI,<br><br>　　　　　　Plaintiff-Appellant,<br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION; et al.,<br><br>　　　　　　Defendants-Appellees. | District No.　2:17-cv-01340-APG-NJK, 2:17-cv-02137-APG-NJK<br><br>U.S.C.A. No.　19-16934 |

ORDER ON MANDATE

　　The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 05-26-2021 , issued its mandate that the appeal(s) is/are AFFIRMED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this  27th  day of  May  , 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Andrew P. Gordon
　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE